IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MELISSA MCDONALD,

    Plaintiff,

v.

E.I. DUPONT DE NEMOURS AND
COMPANY TOTAL AND PERMANENT
DISABILITY PLAN,

    Defendant.

Civil Action No. 23-1141-RGA

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Motion for Summary Judgment (D.I. 21) is DENIED and Defendant's Motion for Summary Judgment (D.I. 23) is GRANTED.

IT IS SO ORDERED.

Entered this 25th day of September, 2025

United States District Judge