**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MELISSA MCDONALD,<br><br>          Plaintiff,<br><br>   v.<br><br>E.I. DUPONT DE NEMOURS AND<br>COMPANY TOTAL AND PERMANENT<br>DISABILITY PLAN,<br><br>          Defendant. | Civil Action No. 23-1141-RGA |

<u>**JUDGMENT**</u>

For reasons set forth in the Court's Memorandum Opinion and Order dated

September 25, 2025 (D.I. 35; D.I. 36);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of

Defendant E.I. duPont de Nemours and Company Total and Permanent Disability Plan and

against Plaintiff Melissa McDonald.


/s/ Richard G. Andrews
_____
United States District Judge



Dated: September 26, 2025

/s/ Angela Scott
_____
(By) Deputy Clerk